IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03076-CMA-CBS | Date: July 21, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

JANET TRUJILLO                              Joseph Stengel

Plaintiff,

v.

WAL-MART STORES INC.                        Ashley Ricketson

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:28 a.m.**
Court calls case. Appearances of counsel.

The Court addresses the Joint Stipulation [43]. The Plaintiff is proceeding a claim of premises liability against Wal-Mart only. John Doe is no longer a part of this case.

Mr. Stengel orally withdraws *Motion for Leave to File a Second Amended Complaint* [23], *Motion to Remand for Lack of Subject Matter Jurisdiction* [24], and *Motion to Amend/Correct/Modify Second Amended Complaint* [29]. The Court accepts the oral withdraw of these motions.

**ORDERED:** The Discovery deadline is re-set for September 2, 2014. A Final Pretrial Conference is set for October 1, 2014 at 10:30 a.m. A proposed Final Pretrial Order is due no later than seven calendar days before the Final Pretrial Conference.

Parties do not anticipate filing a motion for summary judgment and a dispositive motion deadline has not been set. Mr. Stengel shall strike *John Doe* from the proposed Final Pretrial Order.

Hearing Concluded.

**Court in recess: 11:35 a.m.**
Time in court: 00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.